1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

JS-6

**HYDE & SWIGART**
San Diego, California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COWAN,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTION PROFESSIONAL SERVICES, MARAUDER CORPORATION, and NATIONWIDE CAPITAL RECOVERY,<br><br>Defendants. | **Case Number: EDCV08-01065 SGL(OPx)**<br><br><br>**ORDER** |

Whereas Plaintiff has accepted Defendants' Rule 68 Offer of Judgment, it is hereby ordered that pursuant to Fed. R. Civ. P. 68 that Judgment be granted against Defendants COLLECTION PROFESSIONAL SERVICES, MARAUDER CORPORATION, and NATIONWIDE CAPITAL RECOVERY, jointly and severally as follows:

1    1.    For the sum of $1,500 jointly and severally, which is the total amount that the

2          Defendants shall be obligated to pay on account of any liability claimed

3          herein and which shall include any liability for Plaintiff's costs of suit and

4          attorneys' fees claimed and incurred herein;

5    2.    Defendants to forgive the debt which they claim that Plaintiff owes to Auto

6          Sales;

7    3.    That Defendants shall be responsible for any fees or costs that Auto Sales

8          assess as part of the forgiveness of said debt; and

9    4.    That Defendants take all necessary steps to remove any negative reports to

10          any credit bureau concerning the debt which they claim that Plaintiff owes to

11          Auto Sales.

12    IT IS SO ORDERED.

13

14

15    Date: September 18, 2009

16                              _____

17                              Hon. Stephen G. Larson
U.S. DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

**Hyde & Swigart**
San Diego, California